UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

YASHARAHLA KUSSO,

Plaintiff,

v.

NATIONWIDE CAPITAL SERVICES, LLC

d/b/a STRUCTURED SETTLEMENT,

Defendant.

Case No.: 3:25-cv-13981-JDA-SVH

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yasharahla Kusso, proceeding pro se, hereby voluntarily dismisses this action with prejudice, as the parties have reached a settlement resolving all claims in this matter. Each party shall bear their own costs and fees unless otherwise agreed.

Dated: March 6, 2026

Respectfully submitted,

*Yasharahla Kusso*

Yasharahla Kusso
100 Trowbridge Road
Columbia, SC 29229