UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

YASHARAHLA KUSSO,

Plaintiff,

v.

NATIONWIDE CAPITAL SERVICES, LLC

d/b/a STRUCTURED SETTLEMENT,

Defendant.

Case No.: 3:25-cv-13981-JDA-SVH

**NOTICE OF SETTLEMENT**

Plaintiff Yasharahla Kusso respectfully notifies the Court that the parties have reached a settlement resolving all claims in this action. The parties have executed a settlement agreement and the settlement payment has been received. Accordingly, Plaintiff will be filing a Notice of Dismissal with Prejudice. Plaintiff respectfully submits this Notice to inform the Court that this matter has been resolved.

Dated: 03 - 06 - 2026

Respectfully submitted,

_Yasharahla Kusso_

Yasharahla Kusso
100 Trowbridge Road
Columbia, SC 29229

## CERTIFICATE OF SERVICE

I hereby certify that on this _6th_ day of _March_____, 2026, a true and correct copy of the foregoing Notice of Settlement was served via email upon Defendant's counsel:


Allicia B. Tomolo, Esq.

Email: abtomolo@gmail.com

_Yasharahla Kusso_

Yasharahla Kusso